UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | ) | CHAPTER 13 |
|---|---|---|
|  | ) |  |
| LaRell Rowena Freeman, | ) | CASE NO. 14-59825-BEM |
|  | ) |  |
| DEBTOR. | ) |  |

POST-CONFIRMATION MODIFICATION OF PLAN
AND REQUEST FOR ITS APPROVAL

LaRell Rowena Freeman, Debtor, proposes to modify the Chapter 13 plan that was confirmed October 20, 2014 (Doc. No. 27).

MODIFICATION OF PLAN

LaRell Rowena Freeman, Debtor, hereby modifies the confirmed plan by correcting the step date to a creditor as follows:

**1.**

| (a) Creditor | (b) Collateral | (c) Purchase date | (d) Claim amount | (e) Interest rate | (f) Monthly payment |
|---|---|---|---|---|---|
| Wells Fargo Fin | 2012 Honda Accord | 08/2012 | $26492 | 5% | $200 to step to up to $579 starting April 2015 2014 |

**2.**

Debtor does not modify any further provisions.

Dated:  November 6, 2014          Respectfully submitted,
                                  Khoshnood Law Firm, PC

Khoshnood Law Firm, PC            _____/s/_____
501 Pulliam Street, SW            Jessica L. Casto
Suite 130                         GA Bar No. 340570
Atlanta, GA 30312                 Attorney for the Debtor
(678) 507-1590
(404) 941-1420 Fax
klfnotices@yahoo.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| LaRell Rowena Freeman, | ) CASE NO. 14-59825-BEM |
| | ) |
| DEBTOR. | ) |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, LaRell Rowena Freeman, hereby certify that the attached pleading is true and correct to the best of my information and belief.

Signed: _____/s/_____
          LaRell Rowena Freeman

Dated: November 6, 2014

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| LaRell Rowena Freeman, | ) | CASE NO. 14-59825-BEM |
| | ) | |
| DEBTOR. | ) | |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS, AND
HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that LaRell Rowena Freeman filed a proposed Modification to the confirmed Plan in this case, a copy of which Modification you are receiving with the notice or have recently received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which the proposed Modification was filed. The proposed Modification was filed on November 6, 2014. If the twenty-fourth day after the date of service falls on a weekend or holiday, the deadline is extended to the next business day.

| **PLACE OF FILING:** | Clerk, U.S. Bankruptcy Court<br>Suite 1340, U.S. Courthouse<br>75 Spring Street, SW<br>Atlanta, GA 30303 |
|---|---|

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also serve a copy on the undersigned at the address stated below and on the Debtor at 104 Shannon Chase Way, Fairburn, GA, 30213.

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the Modification in **Courtroom 1402**, U.S. Courthouse, 75 Spring Street, SW, Atlanta, GA 30303 at **1:00 PM on December 16, 2014.**

If no objection is timely filed, the proposed Modification will be effective pursuant to 11 U.S.C.§1329(b)(2) as part of the confirmed Plan without further order or notice.

Dated: November 6, 2014                         Respectfully submitted,
                                                Khoshnood Law Firm, PC

Khoshnood Law Firm, PC                          _____/s/_____
501 Pulliam Street, SW                          Jessica L. Casto
Suite 130                                       GA Bar No. 340570
Atlanta, GA 30312                               Attorney for the Debtor
(678) 507-1590
(404) 941-1420 Fax
klfnotices@yahoo.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| LaRell Rowena Freeman, | ) CASE NO. 14-59825-BEM |
| | ) |
| DEBTOR. | ) |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify under penalty of perjury that I have served the following parties with a copy of the "Post Confirmation Plan Modification and Notice of Hearing" by placing true copies of same in the United States Mail with adequate postage affixed to ensure delivery and/or electronically through the CM/ECF Noticing System.

Mary Ida Townson (via ECF)
Chapter 13 Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303-1740

LaRell Rowena Freeman
104 Shannon Chase Way
Fairburn, GA 30213

Wells Fargo Financial
P.O. Box 3569
Rancho Cucomonga, CA 91729

*(Plus creditors in the attached Mailing Matrix)*

Dated: November 6, 2014

Respectfully submitted,
Khoshnood Law Firm, PC

Khoshnood Law Firm, PC
501 Pulliam St., SW
Suite 130
Atlanta, GA 30312
klfnotices@yahoo.com
(678) 507-1590
(404) 941-1420 Fax

/s/_____
Jessica L. Casto
GA Bar No. 340570
Attorney for the Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 14-59825-bem<br>Northern District of Georgia<br>Atlanta<br>Thu Nov  6 12:40:48 EST 2014 | Ally Financial<br>Attn: Bankruptcy<br>Po Box 130424<br>Roseville, MN 55113-0004 | American General Financial/Springleaf Fi<br>Springleaf Financial/Attn: Bankruptcy De<br>Po Box 3251<br>Evansville, IN 47731-3251 |
| American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 | American Infosource<br>P.O. Box 268941<br>Oklahoma City, OK 73126-8941 | Cap One<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 |
| Central Finl Control<br>Po Box 66044<br>Anaheim, CA 92816-6044 | Citi Auto<br>2208 Highway 121 Ste 100<br>Bedford, TX 76021-5981 | Cmpptnrs/clark College<br>Po Box 3176<br>Winston Salem, NC 27102-3176 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Dept Of Ed/sallie Mae<br>11100 Usa Pkwy<br>Fishers, IN 46037-9203 | Forest Recovery Services<br>Po Box 83<br>Barrington, IL 60011-0083 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Hsbc/mscpi<br>Po Box 3425<br>Buffalo, NY 14240-3425 | IRS<br>Central Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Midland Funding<br>8875 Aero Dr., Ste 200<br>San Diego, CA 92123-2255 | Midland Funding, LLC<br>C/o: Greene and Cooper, LLC<br>P.O. Box 1635<br>Roswell, GA 30077-1635 | Navient Solutions Inc. on behalf of<br>Department of Education Services<br>P.O. Box 9635<br>Wilkes-Barre PA. 18773-9635 |
| Portfolio Recovery<br>140 Corporate Blvd.<br>Norfolk, VA 23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 |
| Sears/cbsd<br>Citicorp Credit Services/Centralized Ban<br>Po Box 20363<br>Kansas City, MO 64195-0363 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta,  GA 30303-3315 |
| Us Dept Of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116-0448 | WEBBANK<br>9690 Deereco Rd<br>Lutherville Timonium, MD 21093-6991 | Wells Fargo Bank, N.A.<br>P.O. Box 19657<br>Irvine, CA 92623-9657 |
| Wfs Financial/Wachovia Dealer Srvs<br>Po Box 3569<br>Rancho Cucamonga, CA 91729-3569 | Hooman Khoshnood<br>Khoshnood Law Firm<br>Suite 130<br>501 Pulliam Street, SW<br>Atlanta, GA 30312-2770 | LaRell Rowena Freeman<br>104 Shannon Chase Way<br>Fairburn, GA 30213-1754 |

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1770

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Financial Services<br>Dell Financial Services Attn: Bankrupcty<br>Po Box 81577<br>Austin, TX 78708 | Georgia Department of Revenue<br>1800 Century Blvd, NE<br>Suite 17200<br>Atlanta, GA 30345-3206 | Portfolio Recovery<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Springleaf Financial Services<br>PO Box 3251<br>Evansville, IN 47731 | End of Label Matrix<br>Mailable recipients   30<br>Bypassed recipients    0<br>Total                 30 |